PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1043
_____

JERRY REEVES,
                    Appellant

v.

FAYETTE SCI; THE ATTORNEY GENERAL OF THE STATE OF
PENNSYLVANIA; THE DISTRICT ATTORNEY OF DAUPHIN COUNTY

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(D.C. No. 3-14-cv-01500)
District Judge: Hon. Malachy E. Mannion
_____

Argued May 16, 2018
Before: MCKEE, SHWARTZ, and COWEN, Circuit Judges

**ORDER AMENDING OPINION**

The opinion filed July 23, 2018, is hereby vacated. The Clerk shall file the amended opinion, which includes changes to the footnotes in the concurring opinion. As the amendment does not affect the judgment, the time for filing the petition for rehearing remains the same.

By the Court,

s/ Theodore A. McKee
Circuit Judge

Dated: July 25, 2018